# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144806

JACQUELYN ROBBINS,
        Plaintiff-Appellee,

v

                                        SC: 144806
                                        COA: 300842
VILLAGE CREST CONDOMINIUM           Oakland CC: 2009-106178-NO
ASSOCIATION,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 7, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Hoffner v Lanctoe*, 492 Mich 450 (2012).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2013

Clerk

s0313